No. 35, Orig.  UNITED STATES *v.* MAINE ET AL.  Motion of State of Florida for severance referred to Special Master.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion.  [For earlier orders herein, see, *e. g.,* 398 U. S. 947.]

No. 28.  SANKS ET AL. *v.* GEORGIA ET AL.  Appeal from Sup. Ct. Ga.  [Probable jurisdiction noted, 395 U. S. 974; restored to calendar; 399 U. S. 922.]  Further consideration of appellees' suggestion of mootness postponed to hearing of case on the merits.

No. 89.  LEMON ET AL. *v.* KURTZMAN, SUPERINTENDENT OF PUBLIC INSTRUCTION OF PENNSYLVANIA, ET AL.  Appeal from D. C. E. D. Pa.  [Probable jurisdiction noted, 397 U. S. 1034]; and

No. 153.  TILTON ET AL. *v.* RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL.  Appeal from D. C. Conn.  [Probable jurisdiction noted, *sub nom. Tilton* v. *Finch,* 399 U. S. 904.]  Motion of National Jewish Commission on Law & Public Affairs et al. for leave to file a brief as *amici curiae* granted.

No. 128.  IN RE BURRUS ET AL.  Sup. Ct. N. C.  [Certiorari granted, 397 U. S. 1036.]  Motion for leave for two attorneys to participate in oral argument on behalf of respondent, State of North Carolina, granted.

No. 154.  JAMES ET AL. *v.* VALTIERRA ET AL.; and

No. 226.  SHAFFER *v.* VALTIERRA ET AL.  Appeals from D. C. N. D. Cal.  [Probable jurisdiction noted, No. 154, 398 U. S. 949, No. 226, 399 U. S. 925.]  Motions of American Jewish Congress et al., NAACP Legal Defense & Educational Fund, Inc., et al., and National Urban Coalition et al. for leave to file briefs as *amici curiae* denied.  MR. JUSTICE BLACK and MR. JUSTICE BRENNAN are of the opinion that the motions should be granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these motions.